07cv6721
JUDGE KENDALL
MAG. JUDGE ASHMAN

**COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
JN NOV 29 2007
NOV 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(a) PLAINTIFFS**
Jerold S. Solovy

**DEFENDANTS**
FedEx Ground Package System, Inc., Federal Express Corporation, FedEx Custom Critical, FedEx Kinko's Office and Print Services, Inc., FedEx Corp., FedEx Corporate Services, Inc.

**(b)** County of Residence of First Listed Plaintiff   Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   PA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Clifford, Esq., Clifford Law Offices, 120 N. LaSalle Street, 31st Floor, Chicago, IL 60602

Attorneys (If Known)
Patrick J. Keating, O'Hagan Spencer LLC, 55 W. Wacker Drive, Suite 1400, Chicago, IL 60601

**II. BASIS OF JURISDICTION:** [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES:**
- Citizen of This State: PTF [X] 1, DEF [ ] 1
- Incorporated and Principal Place of Business In Another State: PTF [ ] 5, DEF [X] 5

**IV. NATURE OF SUIT:** [X] 190 Other Contract

**V. ORIGIN:** [X] 2 Removed from State Court

**VI. CAUSE OF ACTION:** FEDERAL COMMON LAW AND 49 USC 14706 CARGO LOSS

**VIII. REQUESTED IN COMPLAINT:** DEMAND $ >50,000   JURY DEMAND: [X] Yes

**IX.** This case [X] is not a refiling of a previously dismissed action.

DATE: 11/29/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]