20859-PJK/ECE                                                                                                Case No.: 07 C 6721

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Jerold S. Solovy**,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| v.  )  | Case No. **07-CV-6721** |
| )  | |
| **FedEx Ground Package System, Inc.**  )  | Judge Kendall |
| **Federal Express Corporation, FedEx**  )  | Magistrate Judge Ashman |
| **Custom Critical, FedEx Kinko's Office**  )  | |
| **And Print Service, Inc., FedEx Corp.,**  )  | |
| And **FedEx Corporate Services, Inc.**  )  | |
| )  | |
| Defendants.  )  | |

## NOTICE OF MOTION

TO:   Robert A. Clifford, Clifford Law Offices, 120 N. LaSalle Street, 31st Floor, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 12th day of December, 2007, at 9:00 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2319, Chicago, Illinois and then and there present, **Defendants' Motion for an Extension of Time to File their Answer or Otherwise Plead**, a copy of which is hereby served upon you.

O'Hagan Spencer, LLC

By: /s/ Patrick J. Keating
Counsel for Defendants

Patrick J. Keating, (6211380)
Edward C. Eberspacher, (6286085)
**O'Hagan Spencer LLC**
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

20859-PJK/ECE                                                                                           Case No.: 07 C 6721

Of Counsel:

Thomas W. Murrey, Jr., Esq.
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee  38125
Telephone: (901) 434-8558

Attorneys for Defendants

20859-PJK/ECE                                                                                               Case No.: 07 C 6721

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, a copy of foregoing **Notice of Filing, and Defendants' Motion for an Extension of Time to File their Answer or Otherwise Plead,** were filed with the United States District Court, Northern District of Illinois. I further certify that a true and correct copy of the foregoing documents were sent via U.S. Mail, postage prepaid, on this 6th day of December, 2007 to:

>Robert A. Clifford, Esq.
>Clifford Law Offices
>120 North LaSalle Street
>31st Floor
>Chicago, Illinois 60602
>Telephone: (312) 899-9090

>By: /s/ Patrick J. Keating
>Counsel for Defendants

Patrick J. Keating, (6211380)
Edward C. Eberspacher, (6286085)
**O'Hagan Spencer LLC**
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

Of Counsel:

Thomas W. Murrey, Jr., Esq.
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8558

Attorneys for Defendants