UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jerold S Solovy

                      Plaintiff,

v.                                                Case No.: 1:07−cv−06721
                                              Honorable Virginia M. Kendall

FedEx Ground Package System, Inc., et al.

                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, December 12, 2007:

       MINUTE entry before Judge Virginia M. Kendall : Defendant's motion for extension of time [8] is granted, defendant's response to the complaint is due by 2/5/08. Plaintiff to file Motion to Remand by 12/19/07. Response due by 12/28/07. Reply due by 1/4/08. Mailed notice (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.