## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2008, I electronically filed REPLY BRIEF OF PLAINTIFF JEROLD S. SOLOVY IN SUPPORT OF HIS MOTION FOR REMAND with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Patrick J. Keating, O'Hagan Spencer LLC, 55 W Wacker Drive, Suite 1400, Chicago, Illinois 60601; Edward C. Eberspacher, O'Hagan Spencer LLC, 55 W Wacker Drive, Suite 1400, Chicago, Illinois 60601, and hereby certify that on December 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants: Thomas W. Murrey, Jr., Federal Express Corporation, 3620 Hacks Cross Road, Building B, Third Floor, Memphis, Tennessee 38125.

Respectfully submitted,

By: /s/ Brian S. Shallcross
Brian S. Shallcross
Clifford Law Offices, P.C.
120 N LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090 Phone
(312) 251-1160 Fax
bss@ cliffordlaw.com