# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jerold S Solovy

                               Plaintiff,

v.                                         Case No.: 1:07−cv−06721
                                                      Honorable Virginia M. Kendall

FedEx Ground Package System, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Virginia M. Kendall :Status Hearing held. Case continued to continued to 1/17/08 at 9:00 AM for hearing on Motion to Remand [13] and for Further Status. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.