# Exhibit B

## Dickinson, Robert L

| | |
|---|---|
| **From:** | Rodney Smith [rodney.smith@fedex.com] |
| **Sent:** | Friday, February 16, 2007 12:16 PM |
| **To:** | Dickinson, Robert L |
| **Cc:** | Rodney Smith |
| **Subject:** | RE: Federal Express |
| **Attachments:** | @ |

I spoke with our terminal manager Matthew J. Long Sr. down in Florida and he spoke with the driver directly and she once again stated she refused Mr. Solovy's package and suggested he drop it off at a nearby Kinko's facility and/or flag down the express driver which was seen in his area. There has not been a file created on the express side indicating that one of our express drivers stopped at his residence and no scans to show proof that a package was entered into our system.

Mr. Long has agreed to call Mr. Solovy and will call me back indicating Mr. Solovy's remarks. I did explain thoroughly that Mr. Solovy is the Chairman of a major law firm; Jenner and Block and to treat the conversation professionally. I will update you with his remarks.

I am jumping off line now to enjoy some part of this day.

*Rodney Smith*
*Corporate Account Manager*
*Windy City District*
*312-545-8688*