## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Jerold S Solovy

                          Plaintiff,

v.                                          Case No.: 1:07−cv−06721
                                                       Honorable Virginia M. Kendall

FedEx Ground Package System, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Status hearing held. Fact discovery ordered closed 4/14/2008. Dispositive motions with supporting memoranda due 5/13/2008; responses due 6/13/2008; replies due 6/27/2008. Jury trial set for 9/8/2008 at 9:15 AM. Parties should contact the courtroom deputy to schedule a settlement conference before Judge Kendall, or for a referral to Magistrate Judge Ashman for settlement. The 5/14/08 Status hearing date which was set in open court is reset for 4/15/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.