20859-PJK                                                                                    Case No. 07 C 6721

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Jerold S. Solovy**,                                  )<br>                                                        )<br>              Plaintiff,                               )<br>                                                        )<br>v.                                                      )<br>                                                        )<br>**FedEx Ground Package System, Inc.,** a                )<br>Delaware Corporation; **Federal Express**               )<br>**Corporation,** a Delaware Corporation                 )<br>**FedEx Custom Critical, Inc.,** a Delaware             )<br>Corporation; **FedEx Kinko's Office and**               )<br>**Print Service, Inc.,** a Delaware                     )<br>Corporation; **FedEx Corp.,** a Delaware                )<br>Corporation; **FedEx Corporate Services,**              )<br>**Inc.,** a Delaware Corporation,                       )<br>                                                        )<br>              Defendants.                              ) | Case No.    07 CV 6721<br><br>Judge Virginia M. Kendall<br><br>Mag. Judge Martin C. Ashman |

## MOTION TO ENLARGE TIME

Defendants, Federal Express Corp. and FedEx Ground, by their undersigned counsel, hereby move this Court to enlarge the time to respond to Plaintiff's First Amended Complaint. In support, Defendants state:

1. On February 21, 2008, this Court issued an amended minute order granting Plaintiff leave to file an amended complaint, and on the same day, Plaintiff filed his First Amended Complaint.

2. Defendant's responsive pleading is due to be filed on March 5, 2008 under Federal Rules of Civil Procedure 15 and 6.

3. Plaintiff has indicated a desire to file a Second Amended Complaint, dropping some defendants and making some other charges. Defendants have agreed to

20859-PJK                                                                           Case No. 07 C 6721

certain statute of limitations waivers and to provide a Rule 26 initial disclosure before Plaintiff seeks leave to file this amended complaint. The Defendant's initial Rule 26 disclosures will be served in the next day or two.

      4.     In light of the foregoing, and to eliminate the need to respond to a likely to be superseded pleading, Defendants request a brief extension to Monday, March 17, 2008, to answer or otherwise plead to the First Amended Complaint.

      5.     Plaintiff's counsel has indicated that it agrees to the instant motion.

**WHEREFORE**, Defendants request an enlargement of time to March 17, 2008 to respond to the First Amended Complaint.

                                               Respectfully submitted,

                                               O'Hagan Spencer, LLC

                                             /s Patrick J. Keating
                                             Counsel for Defendants

Patrick J. Keating, ARDC No. 6211380
Edward C. Eberspacher, ARDC No. 6286085
**O'Hagan Spencer LLC**
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

Of Counsel:
Thomas W. Murrey, Jr., Esq.
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
901-434-8558 – Phone
901-434-9279 – Fax

20859-PJK                                                                                          Case No. 07 C 6721

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2008, a copy of foregoing **Motion to Enlarge Time,** was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                              Robert A. Clifford, Esq.
                              Clifford Law Offices
                              120 North LaSalle Street
                              31st Floor
                              Chicago, Illinois  60602
                              Telephone: (312) 899-9090


                              /s Patrick J. Keating
                              Counsel for Defendants

Patrick J. Keating, ARDC No. 6211380
Edward C. Eberspacher, ARDC No. 6286085
**O'Hagan Spencer LLC**
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

Of Counsel:
Thomas W. Murrey, Jr., Esq.
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
901-434-8558 – Phone
901-434-9279 – Fax