20859-PJK/ECE                                                              Case No.: 07 C 6721

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **Jerold S. Solovy**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.     07 CV 6721 |
| | ) | |
| **FedEx Ground Package System, Inc.**, a | ) | Judge Virginia M. Kendall |
| Delaware Corporation; **Federal Express** | ) | |
| **Corporation,** a Delaware Corporation | ) | Mag. Judge Martin C. Ashman |
| **FedEx Custom Critical, Inc.,** a Delaware | ) | |
| Corporation; **FedEx Kinko's Office and** | ) | |
| **Print Service, Inc.,** a Delaware | ) | |
| Corporation; **FedEx Corp.,** a Delaware | ) | |
| Corporation; **FedEx Corporate Services,** | ) | |
| **Inc.,** a Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Robert A. Clifford, Clifford Law Offices, 120 N. LaSalle Street, 31st Floor, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 13th day of March, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2319, Chicago, Illinois and then and there present, **Defendants' Motion to Enlarge Time**, a copy of which is hereby served upon you.

O'Hagan Spencer, LLC

By: /s/ Patrick J. Keating
Counsel for Defendants

Patrick J. Keating, (6211380)
Edward C. Eberspacher, (6286085)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

20859-PJK/ECE                                                                 Case No.: 07 C 6721

Of Counsel:

Thomas W. Murrey, Jr., Esq.
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee  38125
Telephone: (901) 434-8558

Attorneys for Defendants

20859-PJK/ECE                                                                  Case No.: 07 C 6721

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2008, a copy of foregoing **Notice of Motion, and Defendants' Motion to Enlarge Time,** were filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      Robert A. Clifford, Esq.
Clifford Law Offices
120 North LaSalle Street
31st Floor
Chicago, Illinois  60602
Telephone: (312) 899-9090

By: /s/ Patrick J. Keating
Counsel for Defendants

Patrick J. Keating, (6211380)
Edward C. Eberspacher, (6286085)
**O'Hagan Spencer LLC**
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

Of Counsel:

Thomas W. Murrey, Jr., Esq.
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee  38125
Telephone: (901) 434-8558

Attorneys for Defendants