20859-PJK                                                                                  Case No. 07 CV 6721

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Jerold S. Solovy,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.    **07 CV 6721** |
| ) | |
| **FedEx Ground Package System, Inc.,** a ) | Judge Virginia M. Kendall |
| Delaware Corporation; **Federal Express** ) | |
| **Corporation,** a Delaware Corporation ) | Mag. Judge Martin C. Ashman |
| **FedEx Custom Critical, Inc.,** a Delaware ) | |
| Corporation; **FedEx Kinko's Office and** ) | |
| **Print Service, Inc.,** a Delaware ) | |
| Corporation; **FedEx Corp.,** a Delaware ) | |
| Corporation; **FedEx Corporate Services,** ) | |
| **Inc.,** a Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that the foregoing described documents were served by mailing a copy to all attorneys of record on March 6, 2008, prior to 5:00 p.m.:

DESCRIPTION OF DOCUMENTS:   **Defendants' Rule 26 Initial Disclosure Statement Preliminary Statement; and this**

**Certificate of Service of Discovery Documents.**

ADDRESSED AS FOLLOWS:   Robert A. Clifford, Clifford Law Offices, 120 N. LaSalle Street, 31st Floor, Chicago, IL 60602

The undersigned further certifies that these statements are made under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the statements set forth herein are true and correct.

/s/ Patrick Keating

Page 1 of 1