**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Jerold S. Solovy | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.    07 CV 6721 |
| | ) | |
| Fed Ex Ground Package System, Inc., a | ) | Judge Virginia M. Kendall |
| Delaware Corporation, Federal Express | ) | |
| Corporation, a Delaware Corporation, | ) | Mag. Judge Martin C. Ashman |
| FedEx Custom Critical, Inc., a Delaware | ) | |
| Corporation, FedEx Kinko's Office and | ) | |
| Print Services, Inc., a Delaware Corporation,) | | |
| FedEx Corp.,  a Delaware Corporation, | ) | |
| FedEx Corporate Services, Inc., a Delaware | ) | |
| Corporation | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS**

The undersigned certifies that the foregoing described documents were served by mailing a copy to all attorneys of record on March 7, 2008, prior to 5:00 p.m.

DESCRIPTION OF DOCUMENTS:   **Plaintiff's Rule 26 Initial Disclosure Statement Preliminary Statement; and this**

**Certificate of Service of Discovery Documents.**

ADDRESSED AS FOLLOWS:   Patrick J. Keating, O'Hagan Spencer LLC, 55 W. Wacker Drive, Suite 1400, Chicago, Illinois 60601

Thomas W. Murrey, Jr., Federal Express Corporation, 3620 Hacks Cross Road, Building B, Third Floor, Memphis, Tennessee 38125

The undersigned further certifies that these statements are made under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the statements set forth herein are true and correct.

/s/ Brian S. Shallcross