# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEROLD S. SOLOVY )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM INC., a Delaware Corporation )<br>FEDERAL EXPRESS CORPORATION, )<br>a Delaware Corporation )<br>FEDEX CUSTOM CRITICAL, INC., )<br>A Delaware Corporation )<br>FEDEX KINKO'S OFFICE AND )<br>PRINT SERVICES, INC., )<br>a Delaware Corporation )<br>FEDEX CORP., )<br>a Delaware Corporation, )<br>FEDEX CORPORATE SERVICES, )<br>INC., a Delaware Corporation )<br>)<br>Defendant. )<br>) | No. 07 CV 6721<br>JUDGE VIRGINIA M. KENDALL<br>MAG. JUDGE MARTIN C. ASHMAN |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **27th day of March, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2319, Chicago, Illinois and then and there present, PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) OF CERTAIN DEFENDANTS AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AT LAW, a copy of which is hereby served upon you.

Respectfully submitted,

s/
Brian S. Shallcross
Clifford Law Offices, P.C.
Attorneys for Plaintiff

120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
ARDC No:   00461849
Telephone:  (312) 899-9090
Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008, I electronically filed PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) OF CERTAIN DEFENDANTS AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AT LAW with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Patrick J. Keating, O'Hagan Spencer LLC, 55 W Wacker Drive, Suite 1400, Chicago, Illinois 60601; Edward C. Eberspacher, O'Hagan Spencer LLC, 55 W Wacker Drive, Suite 1400, Chicago, Illinois 60601.

      Respectfully submitted,

By: /s/ Brian S. Shallcross
Brian S. Shallcross
Clifford Law Offices, P.C.
120 N LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090 Phone
(312) 251-1160 Fax
bss@ cliffordlaw.com