**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JEROLD S. SOLOVY )<br>)<br>    Plaintiff, )<br>)<br>)<br>    vs. )<br>)<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM INC., a Delaware Corporation )<br>FEDERAL EXPRESS CORPORATION, )<br>a Delaware Corporation )<br>)<br>    Defendant. )<br>) | No. 07 CV 6721<br>JUDGE VIRGINIA M. KENDALL<br>MAG. JUDGE MARTIN C. ASHMAN |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on the **27th day of March, 2008**, we filed PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW, a copy of which is hereby served upon you.

Respectfully submitted,

s/
Brian S. Shallcross
Clifford Law Offices, P.C.
Attorneys for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
ARDC No:   00461849
Telephone:  (312) 899-9090
Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2008, I electronically filed PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Patrick J. Keating, O'Hagan Spencer LLC, 55 W Wacker Drive, Suite 1400, Chicago, Illinois 60601; Edward C. Eberspacher, O'Hagan Spencer LLC, 55 W Wacker Drive, Suite 1400, Chicago, Illinois 60601.

                Respectfully submitted,

                By: /s/ Brian S. Shallcross
                Brian S. Shallcross
                Clifford Law Offices, P.C.
                120 N LaSalle Street
                Suite 3100
                Chicago, Illinois 60602
                (312) 899-9090 Phone
                (312) 251-1160 Fax
                bss@ cliffordlaw.com