**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jerold S Solovy

                                       Plaintiff,

v.                                                      Case No.: 1:07−cv−06721
                                                           Honorable Virginia M. Kendall

FedEx Ground Package System, Inc., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held. Case schedule reset as follows: Fact discovery ordered closed 6/13/2008. Dispositive motions with supporting memoranda due 7/7/2008; responses due 7/28/2008; replies due 8/11/2008. Status hearing set for 6/16/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.