IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEROLD S. SOLOVY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 6721 |
| | ) | JUDGE VIRGINIA M. KENDALL |
| | ) | MAG. JUDGE MARTIN C. ASHMAN |
| FEDEX GROUND PACKAGE SYSTEM INC., a Delaware Corporation and FEDERAL EXPRESS CORPORATION, a Delaware Corporation | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that the foregoing described documents were served by mailing a copy to all attorneys of record on April 21, 2008, prior to 5:00 p.m.

DESCRIPTION OF DOCUMENTS: **Plaintiff's First Set of Interrogatories to FedEx Defendants;**

**Plaintiff's First Request for Production of Documents and Tangible Items to Defendants; and this**

**Certificate of Service of Discovery Documents.**

ADDRESSED AS FOLLOWS: Patrick J. Keating, O'Hagan Spencer LLC, 55 W. Wacker Drive, Suite 1400, Chicago, Illinois 60601

Thomas W. Murrey, Jr., Federal Express Corporation, 3620 Hacks Cross Road, Building B, Third Floor, Memphis, Tennessee 38125

The undersigned further certifies that these statements are made under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the statements set forth herein are true and correct.

/s/ Brian S. Shallcross